Santigo Time Card Correction summary

| Date | Hours deducted | Hours Added | Pay Rate | Deduction Value | Agree ? | Disagree Value | Reason | |
|---|---|---|---|---|---|---|---|---|
| 10/15/12 | 1.00 | | $ 18.40 | $ 18.40 | NA | $ 18.40 | No punch out for lunch | Not approved by ALA |
| 10/26/12 | 0.17 | | $ 18.40 | $ 3.07 | Agree | | time at UCB | |
| 11/06/12 | 0.15 | | $ 18.40 | $ 2.76 | Agree | | Clocked in prior to 7:45 AM for meeting | |
| 11/23/12 | 0.57 | | $ 18.40 | $ 10.43 | Agree | | Did not clock out when leaving job site | |
| 12/04/12 | 0.10 | | $ 18.40 | $ 1.84 | Partial | $ 0.61 | Short lunch - agreed to 4 minutes | |
| 01/04/13 | 0.20 | | $ 18.40 | $ 3.68 | Agree | | took short lunch without approval | |
| 02/12/13 | 0.97 | | $ 18.40 | $ 17.79 | Agree | | Undocumented stop backed up by gps | |
| 02/13/13 | 0.10 | | $ 18.40 | $ 1.84 | Agree | | Clocked in prior to 7:45 AM for meeting | |
| 02/21/13 | 0.25 | | $ 20.00 | $ 5.00 | Agree | | Clocked in prior to arriving on job site | |
| 04/01/13 | 1.00 | | $ 20.00 | $ 20.00 | Disagree | $ 20.00 | No punch out for lunch | Not approved by ALA |
| 06/11/13 | | 0.58 | $ 20.00 | | Agree | | Forgot to clock in at job site | |
| 06/11/13 | | 0.70 | $ 20.00 | | Agree | | Forgot to clock in at meeting | |
| 06/14/13 | 1.00 | | $ 20.00 | $ 20.00 | NA | $ 20.00 | Did not clock out for lunch - gps show he was out | |
| 06/25/13 | | 3.33 | $ 20.00 | | Agree | | Was not clocked in - GPS verified | |
| 06/27/13 | | 0.47 | $ 20.00 | | Agree | | Clocked out too early - gps backing | |
| 07/15/13 | 1.00 | | $ 20.00 | $ 20.00 | Agree | | No lunch | Not approved by ALA |
| 07/16/13 | 0.32 | | $ 20.00 | $ 6.33 | Agree | | Early clockout | |
| 07/31/13 | 0.17 | | $ 20.00 | $ 3.33 | Agree | | Clocked in early | |
| 08/01/13 | 0.25 | | $ 20.00 | $ 5.00 | Agree | | Clocked in early | |
| 08/20/13 | 0.23 | | $ 20.00 | $ 4.67 | Agree | | Undocumented stop backed up by gps | |
| 08/21/13 | 1.00 | | $ 20.00 | $ 20.00 | Agree | | No lunch | Not approved by ALA |
| 08/23/13 | 3.83 | | $ 20.00 | $ 76.60 | Agree | | Left job site - did not clock out | |
| 09/17/13 | 1.00 | | $ 20.00 | $ 20.00 | Agree | | No lunch | Not approved by ALA |
| 10/17/13 | 0.25 | | $ 20.00 | $ 5.00 | Agree | | took short lunch without approval | |
| 11/12/13 | | 1.23 | $ 20.00 | | Agree | | Not clocked in | |
| 11/14/13 | 1.00 | | $ 20.00 | $ 20.00 | Disagree | $ 20.00 | Did not clock out for lunch | Not approved by ALA |
| 11/15/13 | 1.00 | | $ 20.00 | $ 20.00 | Disagree | $ 20.00 | Did not clock out for lunch | Not approved by ALA |
| 11/19/13 | 1.00 | | $ 20.00 | $ 20.00 | Disagree | $ 20.00 | Did not clock out for lunch | Not approved by ALA |
| 11/27/13 | 0.67 | | $ 20.00 | | Agree | | GPS turned off | |
| 11/27/13 | 1.00 | | $ 20.00 | $ 20.00 | Agree | | Did not clock out for lunch | Not approved by ALA |
| 01/07/14 | 1.00 | | $ 20.00 | $ 20.00 | Agree | | Did not clock out for lunch | Not approved by ALA |
| 01/21/14 | 1.52 | | $ 20.00 | $ 30.33 | Disagree | $ 30.33 | Clocked in early | |
| 01/22/14 | 1.00 | | $ 20.00 | $ 20.00 | Agree | | Did not clock out for lunch | Not approved by ALA |
| 01/29/14 | 0.28 | | $ 20.00 | $ 5.67 | Agree | | Clocked out late | |
| 02/07/14 | 0.27 | | $ 20.00 | $ 5.33 | Agree | | Short lunch | |
| 02/21/14 | 1.12 | | $ 20.00 | $ 22.33 | Disagree | $ 22.33 | Clocked out late | |
| 02/24/14 | 2.52 | | $ 20.00 | $ 50.33 | Agree | | GPS turned off | |
| 03/04/14 | 0.28 | | $ 20.00 | $ 5.67 | NA | $ 5.67 | Clocked out late | |
| 07/08/14 | 1.00 | | $ 25.00 | $ 25.00 | Disagree | $ 25.00 | Did not clock out for lunch | Not approved by ALA |
| 08/13/14 | 0.37 | | $ 25.00 | $ 9.17 | Agree | | Clocked out late | |
| Total | 27.57 | 6.31 | | $ 539.57 | | $ 202.35 | | |

EXHIBIT "B"

Blumberg No. 5208