

Valor Homes 100 LLC ▪ 116 Palmetto Rd Suite J ▪ Tyrone, GA 30290
404-424-9288 Office ▪ 404-591-7945 Fax

June 19, 2014

Dear Santigo,

We are pleased to present you with this Discretionary Bonus of $542.00. This bonus includes all time card corrections as well as a discretionary bonus

Your current rate of pay is $25.00 per hour.

Thank you for your service to Valor Homes, 100 LLC.

Regards,

Anthony Alaimo

I agree with the statements above.

*[signature: Santigo Sanders]*

EXHIBIT "C"
Blumberg No. 5208