U.S. Department of Labor       Employment Standards Administration
                               Wage and Hour Division
                               131 North Holiday Drive
                               Macon, GA 31210
                               (478)284-1994



October 30, 2014

Valor Homes, LLC
Attn: Mr. Anthony Alaimo
116 Palmetto Road, Suite J
Tyrone, GA 30290

Re:  Fair Labor Standards Act Compliance Review

Dear Mr. Alaimo:

The U.S. Department of Labor, Wage and Hour Division is responsible for the administration and enforcement of a number of Federal laws involving labor standards.  These include the Fair Labor Standards Act, the Service Contract Act, the Employee Polygraph Protection Act, and Consumer Credit Protection Act (Wage Garnishment), the Family and Medical Leave Act, the Davis-Bacon and other related Acts.

Authority for this investigation is contained in Section 11(a) of the FLSA.  Section 11(a) states, "The Administrator or his designated representatives may investigate and gather data regarding the wages, hours, and other conditions and practices of employment in any industry subject to this chapter, and may enter and inspect such places and such records (and make such transcriptions thereof), question such employees, and investigate such facts, conditions, practices or matters as he may deem necessary or appropriate to determine whether any person has violated any provision of this chapter or which may aid in the enforcement of the provisions of this chapter."

Per our conversation, this is to advise you that I will visit at your establishment on **Thursday, November 6, 2014 at 9:00 am,** to determine compliance with one or more of these laws. It is requested that you or an official of the firm be present at the establishment to complete the opening conference and provide access to the records.

Every effort will be made to conduct this review expeditiously and with the minimum of inconvenience to you and your employees.  In order to expedite our visit, please have **all (applicable)** of the following documents ready for inspection for the last two years ending with your last completed payroll:

- Annual Sales Volume (Gross sales for last three years, from tax records)
- Copy of Government Contract(s) and corresponding wage determination
- List of establishments if more than one.
- Employer Federal Tax I. D. number.
- All employees' and independent contractors name, addresses, phone numbers ( current and past 2 years)
- All information on minors under the age of 18 years of age (i.e., applications, work permits, etc.).
- Time cards/time sheets/certified payrolls.
- Individual payrolls, which show gross/net wages paid, deductions.
- Wage rates and method of payment (salary, hourly, commission, bonuses, etc.).
- Job classifications
- Additions to or deductions from wages and tips such as shortages taken food and beverage inconsistencies and reprimands, uniforms, tools of trades etc..
- *Records of all compensatory time or banked hours.*

We request that you have all of the listed documents available on the designated meeting date pursuant to the authority contained in Section 11(a) and (c) of the FLSA and in Part 516 of the Code of Federal Regulations.



EXHIBIT "D"

Per section 15(a)(3) of the FLSA, you are prohibited from retaliating against any person who files a complaint with the Wage and Hour Division or who cooperates with a Wage and Hour Division investigation.  You are also prohibited from retaliating against your employees for accepting payment of the wages owed to them or from requiring your employee to return or decline payment of the wages owed to them.

This list is not meant to be all inclusive, additional records may be requested as needed.  The same records may be requested for any other locations you may have.  We may also request access to your employees for short interviews. I have enclosed "fact sheets" for you to read at your leisure.  They may answer several questions that you may have in reference to the law and the investigative procedure.

Please let me know promptly if you or your designated representative will not be available on the date and at the time indicated above so we can make other arrangements.  You may contact me by phone at (478) 284-1994.

Sincerely,


s/Alesha S. Warren
Wage and Hour Investigator

Enclosures:
Fact Sheets #44 & 77A