# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SANTIGO SANDERS, on behalf of Himself and others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ALAIMO, ANTHONY ALAIMO, INC; VALOR HOMES 521 LLC and VALOR PLUMBING LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>3:14-cv-163-TCB |

## PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**THIS MATTER**, having come before the Court on the Defendants' Motion for Summary Judgment, the time for Plaintiff to respond thereto having expired, the Court having considered the record in this case as a whole, and the Court having found good cause therefore and being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Defendants' Motion for Summary Judgment is **GRANTED.** Plaintiff's claims as set forth in the Complaint are

DISMISSED WITH PREJUDICE as to all Defendants. The Court further DISMISSES WITH PREJUDICE this action as a collective action, finding no support for the assertion of a collective action on the basis of the record in this case. Costs of this action shall be taxed against Plaintiff.

**IT IS SO ORDERED.**


DATE: _____     _____
                          TIMOTHY S. BATTEN, SR.
                          UNITED STATES DISTRICT JUDGE