UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| SANTIGO SANDERS, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY ALAIMO, ANTHONY ALAIMO, INC. VALOR HOMES 521 LLC and VALOR PLUMBING, LLC,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 3:14-cv-163-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten Sr., United States District Judge, for consideration of defendants' Motion for Summary Judgment, and the court having **GRANTED** said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Newnan, Georgia, this 1st day of December, 2015.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　/s/ Janice Micallef
　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　December 1, 2015
James N. Hatten
Clerk of Court
　　/s/ Janice Micallef
By:_____
　　　Deputy Clerk